[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-10367
Non-Argument Calendar

_____

D.C. Docket No. 5:15-cr-00043-MTT-CHW-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDDIE DEWAYNE WHIPPLE,
a.k.a. Black,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(November 12, 2020)

Before WILSON, ROSENBAUM and MARCUS, Circuit Judges.

PER CURIAM:

Jonathan Dodson, appointed counsel for Eddie Dewayne Whipple in this criminal appeal related to the First Step Act of 2018, Pub. L. No. 115-391, § 404(b), 132 Stat. 5194, 5222 ("First Step Act") has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's order denying Whipple First Step Act relief is **AFFIRMED**.